IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2016 MAY 20  PM 3: 26
CLERK'S OFFICE
AT GREENBELT
BY_____DEPUTY

Di'Onna Fallen
10482 Baltimore Ave
Beltsville MD 20705

*(Full name and address of the plaintiff)*
**Plaintiff(s)**

vs.

IRS Department of Treasury
Internal Revenue Service
P.O. Box 267
Stop 812
Covington KY. 41019

*(Full name and address of the defendant(s))*
**Defendant(s)**

Civil No.: PWG 16 CV 1578
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☑ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☑ Other (explain) Cheated out of Refund For years 2005 and 2010.

2. The facts of this case are:

Please See The attachment letter Date May 20, 2016

May 20, 2016

United States District Court
For the District of Maryland
Greenbelt MD


Department of the Treasury
IRS
Kansas City MD 64999

To whom it may concern:

Purpose of this petition is to pursue my issues that I am trying to resolve with the IRS Gov since 2013. I tried in good faith to handle this problem with them. I have asked for several appeal by letters and over the phone. I also was assigned a Taxpayer Advocate in the matter. I stated to her, I would like to have an appeal. I sent her copies of letters showing that I requested one. My tax papers got lost from one office to another by IRS.

Back in April 2013 I mailed all the taxes in together from **2005-2013**. I received some of the tax money from past years which was over three years old. 2006, 2007, 2008, 2009, 2011, 2012, 2013.

It is a shame that I am fighting for money I worked for in 2005, which is over 4000, 00. And they took more than half that year. Also in 2010 it showed I was due a refund in the amount of $ 2,267.12. Now all of a sudden I received a letter in April 2016 stating I owe them which is over three years; in the amount of $ 212.79. This is ironic. I am not in agreeable and feel that I am being over charged, as well as taking advantage of.

On the other hand this seem to be a problem with me because the IRS Gov is contradicting their self and the law. They also want to dictate the years they want to allow one. When other years was paid to me which were three years or more old. No favor was done for me, it just caused a big problem. I am hoping my points are being made. I have provided documents to sustain my case.

The resolution I am looking for in the case is that all of my refund that I am entitled in year 2005 also 2010 be granted to me. Paper I have shown $ 6.396.12. That not including late fees and penalties and interest like the IRS Gov charged me for filing late. Also a list of all the taxes years. I was allow a refund in the years 2006, 2007, 2008, 2009, 2011, 2012, and 2013. I just want them to be fair in this matter, because they were wrong not to allow me 2005 and 2010 taxes.

Thank you

Di'Onna Fallen
10482 Baltimore Ave
Beltsville MD 20705

Cc: IRS/ Taxpayer Advocate Re: 5970825 Attention Ms. Johnson

3. The relief I want the court to order is:

☑ Damages in the amount of: $7,396.12 back taxes for work earned.

☐ An injunction ordering: _____

☐ Other (explain) _____

5/20/2016
(Date)

*D'Ihna Faller* (Signature)

10482 Baltimore Ae
Beltsville MD 20705

(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.

Complaint (Rev. 12/2000)    3